DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUZANNE LYONS-PROCTOR,**
Appellant,

v.

**PERI NEAL PROCTOR** and **BOCA EVERGREEN, LLC,**
Appellees.

No. 4D22-2597

[July 27, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 50-2019-DR-010420-XXXX-SB.

Robert J. Hauser of Sniffen & Spellman, P.A., West Palm Beach, for appellant.

Jonathan S. Root and Christopher A. Tiso of Jonathan S. Root, P.A., Boca Raton, for appellee Boca Evergreen, LLC.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***